IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THOMAS MOORE, INDIVIDUALLY
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES AND HEIRS AT
LAW OF CHARLES MOORE, DECEASED

THELMA COLLINS, INDIVIDUALLY
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES AND HEIRS AT
LAW OF HENRY DEE, DECEASED                                   PLAINTIFFS

V.                              CIVIL ACTION NO. 5:08CV258-DCB-JMR

FRANKLIN COUNTY, MISSISSIPPI                                 DEFENDANT

## AGREED ORDER DISMISSING THOSE PORTIONS
## OF THE COMPLAINT
## ASSERTING STATE LAW CLAIMS

THIS COURT, having considered the Defendant's Motion to Dismiss Those Portions of the Complaint Asserting State Law Claims, and as Plaintiffs consent to this motion:

IT IS HEREBY ORDERED and ADJUDGED that the causes of action identified within the Complaint which assert state law theories of liability are dismissed. That nothing in this order shall affect the remaining federal claims, which this court shall consider through pleadings filed in the instant action.

So Ordered this the ___20th___ day of January, 2009.


                                    ___s/ David Bramlette_____
                                    Honorable David Bramlette
                                    United States District Court Judge




SO AGREED:

For Defendant

/s/ Michael J. Wolf
MICHAEL J. WOLF (MSB# 99406)
PAGE, KRUGER & HOLLAND, P.A.


For Plaintiff

 /s/ Warren L. Martin, Jr., Esq.
WARREN L. MARTIN, Jr. (MSB#101528)
Sweet & Associates, P.A.